# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00242-JCM-VCF |
| vs. | |
| J. NEMIAS REYE MARIN, | **ORDER** |
| Defendant. | |

Before the court is Defendant J. Nemias Reye Marin's Motion to Continue Motion Deadlines and Trial Date (#53).

IT IS HEREBY ORDERED that a hearing on Defendant J. Nemias Reye Marin's Motion to Continue Motion Deadlines and Trial Date (#53) is scheduled for 10:00 a.m., December 16, 2014, in courtroom 3A.

DATED this 9th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE