STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
KATHRYN C. NEWMAN
Nevada Bar No. 13733
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418
Kathryn.Newman@usdoj.gov

Counsel for United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:14-CR-242-JCM-VCF |
| Plaintiff, | **MOTION TO DISMISS INDICTMENT** |
| vs. | |
| J. NEIMAS MARIN, | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby moves for leave of the Court to dismiss the Indictment filed on July 16, 2014, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  In support of its motion, the Government states:

1. The defendant entered into a Pretrial Diversion Agreement (PDA) with the Government on October 19, 2015. ECF  131. Pursuant to the terms of the PDA, the defendant was subject to pretrial supervision for a period of up to 18 months.

2. On April 7, 2017, the U.S. Office of Probation reported that the defendant had been compliant with all of the terms of his supervision and recommended successful termination.

3. The Government confirmed independently that the defendant had no further contacts with law enforcement.

## CONCLUSION

For the reasons set forth above, the Government respectfully requests leave of the Court to dismiss the Indictment as to this defendant.

DATED this 17th day of April 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Kathryn C. Newman*
_____
KATHRYN C. NEWMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-242-JCM-VCF |
|---|---|
| Plaintiff, | |
| vs. | [Proposed] ORDER OF DISMISSAL |
| J. NEIMAS MARIN, | |
| Defendant | |

IT IS HEREBY ORDERED that the Government is granted leave to dismiss the Indictment in the above captioned case filed on July 16, 2014.

IT IS FURTHER ORDERED that the Indictment is dismissed.

DATED April 18, 2017.

_____
U.S. DISTRICT COURT JUDGE